## SPECIAL CONDITIONS OF RELEASE

i) The defendant agrees as a condition of release to forfeit any and all income and/or proceeds paid for the benefit of the defendant, regardless of whether such income and/or proceeds are payable to himself or to others, as compensation for his work as a cast member of the VH-1 television show, Love and Hip Hop, New York, as well as for any personal appearances made by defendant, artist promotion and/or management services and/or rent paid by artists to utilize the defendant's recording studio, during the period that the defendant is on release from custody in this matter. It is understood that these amounts will be deposited by defendant during the period of his release into the account of the Clerk –U.S. District. Upon issuance of a final order of forfeiture, these amounts will be transferred to the custody of the United States Marshals Service. The defendant consents and agrees to the forfeiture of these amounts, pursuant to Title 21, United States Code, Section 853(a) and Title 21, United States Code, Section 853(p) upon the issuance of a final order of forfeiture.

ii) The defendant agrees as a condition of release to provide the government with the names and contact information for the individuals that keep and maintain records of the compensation that the defendant receives for his work as a cast member of the VH-1 television show, Love and Hip Hop, New York, as well as for any personal appearances made by defendant, artist promotions, management services and/or rent paid by artists to utilize the defendant's recording studio, during the period that he is on release from custody. The government will provide correspondence to the relevant individuals directing them to

provide the government with a written accounting of the defendant's income during his release from custody in this matter, including but not limited to, the compensation generated from the filming of Love and Hip Hop, New York, as well as any personal appearances, artist promotions, management services and/or rent paid by artists to utilize the defendant's recording studio, on a monthly basis. If the government does not receive said accountings, it will be considered a violation of defendant's conditions of release.

iii)   The defendant further agrees and understands that if he fails to assign all his right, title and interest to any payments he may receive or may be due from the VH-1 television show, Love and Hip Hop, New York, artist promotions, management services and/or rent paid by artists to utilize the defendant's recording studio during the period that the defendant is on release from custody in this matter, this will be considered a violation of defendant's conditions of release.